JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAFCO PARTNERSHIP, a California Limited Partnership; and Does 1-10,<br><br>　　　　Defendants. | CV 19-4085 PA (RAOx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to the Court's September 13, 2019 Minute Order granting the Application for Default Judgment filed by plaintiff Gary Scherer ("Plaintiff"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

　　1. Defendant Kafco Partnership ("Defendant") shall pay to Plaintiff the total amount of $4,770.00 (itemized as attorneys' fees of $4,140.00, and litigation costs of $630.00); and

　　2. Defendant is ordered to provide compliant, accessible parking at the property located at 18625 Sherman Way, Reseda, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

　　IT IS SO ORDERED.

DATED: September 15, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE